**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: HOBBS, MICHAEL E. § Case No. 15-23171JSB
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/07/2015. The case was converted to one under Chapter 7 on 08/12/2015. The undersigned trustee was appointed on 08/14/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     149,274.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 204.00 |
| Bank service fees | 14.31 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 149,055.69 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/16/2017 and the deadline for filing governmental claims was 01/03/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,713.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,713.70, for a total compensation of $10,713.70[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $46.27 for total expenses of $46.27[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2017                By: /s/ Deborah Ebner
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

| | Exhibit A |
|---|---|
| | Page: 1 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.: 15-23171JSB  
Case Name: HOBBS, MICHAEL E.  
For Period Ending: 09/22/2017

Trustee Name: (330480) Deborah Ebner  
Date Filed (f) or Converted (c): 08/12/2015 (c)  
§ 341(a) Meeting Date: 09/24/2015  
Claims Bar Date: 02/16/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | vacant lot with encrochment 3004 N. Hoyne Avenue, Chicago, IL 60618 | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 2 | Two-flat apartment building 2835 N. Albany, Chicago, IL | 320,000.00 | 320,000.00 | | 0.00 | FA |
| 3 | Three Unit Apartment Building 3008 N. Moyne, Chicago, IL | 450,000.00 | 450,000.00 | | 0.00 | FA |
| 4 | 938 N Waller, Chicago IL (two flat, owned by debtor in land trust. Debtor is the beneficiary. Cross listed on Schedule B) | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | 3340 W. Chicago Ave, Chicago, IL (vacant lot Qwned by debtor in a land trust. Debtor is the beneficiary. Cross listed in Schedule B.) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Northern Trust Checking Account #8377 (u) | 28.58 | 28.58 | | 0.00 | FA |
| 7 | Cash | 30.00 | 30.00 | | 0.00 | FA |
| 8 | Miscellaneous household furniture | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9 | Miscellaneous books | 50.00 | 50.00 | | 0.00 | FA |
| 10 | Ordinary miscellaneous clothing | 500.00 | 500.00 | | 0.00 | FA |
| 11 | Camera equipment | 10.00 | 10.00 | | 0.00 | FA |
| 12 | State Farm 30-year term Beneficiary wife | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

| | Exhibit A |
|---|---|
| **Form 1** | |
| **Individual Estate Property Record and Report** | Page: 2 |
| **Asset Cases** | |

Case No.: 15-23171JSB  
Case Name: HOBBS, MICHAEL E.  
For Period Ending: 09/22/2017

Trustee Name: (330480) Deborah Ebner  
Date Filed (f) or Converted (c): 08/12/2015 (c)  
§ 341(a) Meeting Date: 09/24/2015  
Claims Bar Date: 02/16/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Assurance 30-year term Beneficiary wife | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Northern Trust 401(k) | 1,400.00 | 1,400.00 | | 0.00 | FA |
| 15 | Principal Life, EGP, 401K #714497 | 38,830.00 | 38,830.00 | | 0.00 | FA |
| 16 | Parthenon (Pantheon) LLC 113 interest | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Northern Trust stock; 64 shares | 4,900.00 | 4,900.00 | | 0.00 | FA |
| 18 | Pahroo Appraisal & Consultancy LLC | Unknown | 1.00 | | 0.00 | FA |
| 19 | Cherry Picker Investments LLC (subject to ownership claim that could be asserted by Peter Georgiev and Bardan Azari) | Unknown | 1.00 | | 0.00 | FA |
| 20 | Pahroo Management Inc. | Unknown | 1.00 | | 0.00 | FA |
| 21 | Hobenaro Development, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22 | LMLM LLC | Unknown | 0.00 | | 0.00 | FA |
| 23 | Hobbs Property LLC | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Hobbs Property IV LLC | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Hobbs Property III LLC | 0.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

Page: 3

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case No.:     15-23171JSB
Case Name:    HOBBS, MICHAEL E.

Trustee Name:     (330480) Deborah Ebner
Date Filed (f) or Converted (c):  08/12/2015 (c)
§ 341(a) Meeting Date:    09/24/2015

For Period Ending:  09/22/2017

Claims Bar Date:   02/16/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Hobbs Properties LLC | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Hobbs Investment Property I LLC | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Hobbs Investment Property II LLC | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Assign It, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 30 | 3034 W Logan, LLC 50% owner | 0.00 | 0.00 | | 0.00 | FA |
| 31 | 3040 W Diversey, LLC 50% owner | 0.00 | 0.00 | | 0.00 | FA |
| 32 | 4335 N Francisco. LLC 50% owner | 0.00 | 0.00 | | 0.00 | FA |
| 33 | 4100 N Wolcott, LLC 50% owner | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Spicy Pepper, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 35 | 1015 N. Washtenaw, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 36 | 1340 Shubert, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 37 | 1334-38 Schubert, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 38 | LMLM, II, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 39 | LMLM III, LLC | Unknown | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 4

| Case No.: | 15-23171JSB | Trustee Name: | (330480) Deborah Ebner |
|---|---|---|---|
| Case Name: | HOBBS, MICHAEL E. | Date Filed (f) or Converted (c): | 08/12/2015 (c) |
| | | § 341(a) Meeting Date: | 09/24/2015 |
| For Period Ending: | 09/22/2017 | Claims Bar Date: | 02/16/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 40 | Hobbs Investment Property LLC | Unknown | 0.00 | | 0.00 | FA |
| 41 | Beneficiary of Land Trust Chicago Title Land Trust; No 8002348535. Land Trust owns 938 N Waller, Chicago IL 60651 (2 flat apartment building) and 3340 W. Chicago Ave, Chicago IL (vacant lot) | 39,900.00 | 39,900.00 | | 0.00 | FA |
| 42 | Beneficiary of The Marian C. Hobbs Living Trust under a trust agreement dated May 30, 1997 as amended | Unknown | 1.00 | | 0.00 | FA |
| 43 | Claim against former partners Peter Georgiev and Bardan Azari for breach of fiduciary duty. | Unknown | 1.00 | | 0.00 | FA |
| 44 | 1999 Ford Explorer 185,000 miles | 2,400.00 | 2,400.00 | | 0.00 | FA |
| 45 | 2004 Toyota Camry 85,000 miles | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 46 | Ebner v. Hobbs Sr. | 0.00 | 1.00 | | 0.00 | FA |
| 47 | Unquantified Interest in net sale proceeds of 2040 W Crystal Ave, Chicago, Illinois. (u) | Unknown | 1.00 | | 0.00 | FA |
| 48 | Notre Dame Credit Union Checkinmg account #301215-000 (u) | 5.00 | 5.00 | | 0.00 | FA |
| 49 | Notre Dame Credit Union Share account #301215- 140 (u) | 1.00 | 1.00 | | 0.00 | FA |
| 50 | 1500 Class A Shares in PWAT, LLC (u) | Unknown | 1.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

Case 15-23171   Doc 151   Filed 09/22/17   Entered 09/22/17 13:57:38   Desc Main
          Document      Page 7 of 19

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 5

**Case No.:** 15-23171JSB
**Case Name:** HOBBS, MICHAEL E.

**Trustee Name:** (330480) Deborah Ebner
**Date Filed (f) or Converted (c):** 08/12/2015 (c)
**§ 341(a) Meeting Date:** 09/24/2015

**For Period Ending:** 09/22/2017

**Claims Bar Date:** 02/16/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 51 | 1 EE Savings bond - unable to locate it (u) | Unknown | 1.00 | | 0.00 | FA |
| 52 | 1972 Oldsmobile Cutalss Supreme - does not run (u) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 53 | Misc Art (u) | 100.00 | 0.00 | | 0.00 | FA |
| 54* | Ebner v. Hobbs, et al (u) (See Footnote) | 0.00 | Unknown | | 149,274.00 | FA |
| 54 | **Assets      Totals**   (Excluding unknown values) | **$1,162,954.58** | **$1,162,863.58** | | **$149,274.00** | **$0.00** |

RE PROP# 54    Settlement by Debtor of all causes all rights, claims, demands, actions, and causes of action owned by the Debtor's bankruptcy estate and for purchase the estate's interest in all property of the Debtor's bankruptcy estate. Settlement includes discharge waiver. See Order of Approval

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 6

**Case No.:** 15-23171JSB  
**Case Name:** HOBBS, MICHAEL E.  

**For Period Ending:** 09/22/2017

**Trustee Name:** (330480) Deborah Ebner  
**Date Filed (f) or Converted (c):** 08/12/2015 (c)  
**§ 341(a) Meeting Date:** 09/24/2015  
**Claims Bar Date:** 02/16/2017

**Major Activities Affecting Case Closing:**

August 25, 2017 - Per Bill at BMS. I (Trustee) initiated a BMS system request for a TIN. While that was in process, I sent an e-mail requesting the number. WhIle I was contacting BMS to find out what the number was, the system generated number of 30-6573274 came through and was reported to IRS. BMS gave me a new number of 30-6573348, however, (which was actually the second number) in response to my request for "the" number". My account representative also sent an e-mail on my behalf requesting a number. 30-6573348, was the number posted in the system.

August 25, 2016 - Notice from IRS that TIN should be 30-6573274, NOT the 3348 that is in system and that was used for returns. Letter from Julie Garrison - Prompt Determination Coordinator (651) 361-1633 (phone) - (877) 931-7609

June 29, 2017 - Order entered approving settlement of all matters. Order entered waiving debtor discharge. Lois West now preparing tax return for case closure.

May 1, 2017 --- Global settlement discussion. It appears as if Debtor has agreed to waive his discharge; I am seeking input from creditors as to how much of a distribution they would need to give Debtor a release notwithstanding the discharge waiver.

May 2016 - Preference Demand issued. Discovery process ongoing.

**Initial Projected Date Of Final Report (TFR):** 07/15/2019  **Current Projected Date Of Final Report (TFR):** 08/20/2017 (Actual)

UST Form 101-7-TFR (5/1/2011)

|  |  | Form 2 | | | | Exhibit B |
|---|---|---|---|---|---|---|
|  |  | | | | | Page: 1 |

## Cash Receipts And Disbursements Record

| Case No.: | 15-23171JSB | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | HOBBS, MICHAEL E. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3348 | | Account #: | ******6100 Checking |
| For Period Ending: | 09/22/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/26/2017 | {54} | Law Office of William J. Factor, IOLTA Account | Full Settlement of all claims against Debtor and wife. check number 002347 | 1249-000 | 149,274.00 | | 149,274.00 |
| 07/28/2017 | 101 | Illinois Dept. of Revenue | 2017 Illinois Fiduciary Income Tax | 2690-000 | | 204.00 | 149,070.00 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.31 | 149,055.69 |
| | | **COLUMN TOTALS** | | | **149,274.00** | **218.31** | **$149,055.69** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **149,274.00** | **218.31** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$149,274.00** | **$218.31** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | |
|---|---|
| **Case No.:** | 15-23171JSB |
| **Case Name:** | HOBBS, MICHAEL E. |
| **Taxpayer ID #:** | **-***3348 |
| **For Period Ending:** | 09/22/2017 |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6100 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6100 Checking | $149,274.00 | $218.31 | $149,055.69 |
| | $149,274.00 | $218.31 | $149,055.69 |

**UST Form 101-7-TFR (5/1/2011)**

Printed:  09/22/2017 7:41 AM                                                                                                   Page: 1

# Exhibit C

## Claims Proposed Distribution Register

**Case: 15-23171JSB HOBBS, MICHAEL E.**

**Case Balance:** $149,055.69     **Total Proposed Payment:** $149,055.69     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  |  | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
|  |  | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
|  |  | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
|  |  | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
|  | Fifth Third Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
|  | First Merit Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
|  | First Merit Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
| 1 | Fifth Third Bank | Secured | $59,110.76 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
| 2 | Fifth Third Mortgage Company c/o Codilis & Associates, P.C. | Secured | $367,769.11 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
| 3S | FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd | Secured | $400,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $149,055.69 |
| 5 | City of Chicago Department of Finance Bureau of Utility Billing and Customer Service | Secured | $949.05 | $949.05 | $0.00 | $949.05 | $949.05 | $148,106.64 |
| 6 | City of Chicago Department of Finance Bureau of Utility Billing | Secured | $816.46 | $816.46 | $0.00 | $816.46 | $816.46 | $147,290.18 |

Printed: 09/22/2017 7:41 AM                                                                                                         Page: 2

# Exhibit C

## Claims Proposed Distribution Register

**Case: 15-23171JSB HOBBS, MICHAEL E.**

**Case Balance:** $149,055.69    **Total Proposed Payment:** $149,055.69    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | and Customer Service | | | | | | | |
| | LOIS WEST | Admin Ch. 7 | $1,428.00 | $1,428.00 | $0.00 | $1,428.00 | $1,428.00 | $145,862.18 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | Law Office Of William J. Factor | Admin Ch. 7 | $27,477.50 | $27,477.50 | $0.00 | $27,477.50 | $27,477.50 | $118,384.68 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Law Office Of William J. Factor | Admin Ch. 7 | $140.27 | $140.27 | $0.00 | $140.27 | $140.27 | $118,244.41 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $10,713.70 | $10,713.70 | $0.00 | $10,713.70 | $10,713.70 | $107,530.71 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $46.27 | $46.27 | $0.00 | $46.27 | $46.27 | $107,484.44 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Illinois Dept. of Revenue | Admin Ch. 7 | $0.00 | $204.00 | $204.00 | $0.00 | $0.00 | $107,484.44 |
| | <2690-00 Chapter 7 Operating Case Expenses> | | | | | | | |
| 4P | Department of Treasury-Internal Revenue Service | Priority | $3,921.61 | $3,921.61 | $0.00 | $3,921.61 | $3,921.61 | $103,562.83 |
| 8P | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO | Priority | $246.45 | $246.45 | $0.00 | $246.45 | $246.45 | $103,316.38 |

Printed: 09/22/2017 7:41 AM

Page: 3

# Exhibit C

## Claims Proposed Distribution Register

**Case: 15-23171JSB HOBBS, MICHAEL E.**

**Case Balance:** $149,055.69   **Total Proposed Payment:** $149,055.69   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Chicago Department of Water Mgmt | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | City of Chicago c/o Mara S. Georges, Corp. Counsel | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | City of Chicago c/o Mara S. Georges, Corp. Counsel | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | IL Department Employment Security | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Illinois Department of Revenue | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Internal Revenue Service | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Internal Revenue Service | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Internal Revenue Service | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Internal Revenue Service | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Internal Revenue Service | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Internal Revenue Service | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | American Enterprise Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Aurora Loan Services | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |

Printed:   09/22/2017 7:41 AM

Page:  4

## Exhibit C

## Claims Proposed Distribution Register

**Case: 15-23171JSB HOBBS, MICHAEL E.**

**Case Balance:** $149,055.69     **Total Proposed Payment:** $149,055.69     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Bank of America | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Bonded Collection Corporation | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | CCI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | CCI | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Chicago Title & Land Trust | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Citibank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | ComEd | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Eilts & Associates | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Eric Vehovc & Lockwood Financial | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Garfield & Merel | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Heartland Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Hinsdale Bank & Trust | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Integra Bank National Ass. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| | Michael Hobbs Sr. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |

Printed: 09/22/2017 7:41 AM                                                                                      Page: 5

# Exhibit C

## Claims Proposed Distribution Register

### Case: 15-23171JSB HOBBS, MICHAEL E.

**Case Balance:** $149,055.69   **Total Proposed Payment:** $149,055.69   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Nationstar Mortgage | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
|  | Peoples Gas | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
|  | Robbins Salomon & Patt | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
|  | Stein & Rotman | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
|  | Transworld Systems | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
|  | Trivedi & Kahn c/o Jennifer Kimball | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
|  | William Box & Saltzman | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $103,316.38 |
| 3 | FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd | Unsecured | $504,772.43 | $504,772.43 | $0.00 | $504,772.43 | $102,093.16 | $1,223.22 |
| 3U | FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd | Unsecured | $509,909.83 | $0.00 | $0.00 | $0.00 | $0.00 | $1,223.22 |
| 4U | Department of Treasury-Internal Revenue Service | Unsecured | $1,284.89 | $1,284.89 | $0.00 | $1,284.89 | $259.88 | $963.34 |
| 7 | Eilts & Associates, Inc | Unsecured | $4,734.67 | $4,734.67 | $0.00 | $4,734.67 | $957.61 | $5.73 |
| 8U | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO | Unsecured | $28.32 | $28.32 | $0.00 | $28.32 | $5.73 | $0.00 |

Printed:  09/22/2017 7:41 AM

Page:  6

# Exhibit C

## Claims Proposed Distribution Register

**Case: 15-23171JSB HOBBS, MICHAEL E.**

| **Case Balance:** | $149,055.69 | **Total Proposed Payment:** | $149,055.69 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case:** | 15-23171JSB | $1,893,349.32 | $556,763.62 | $204.00 | $556,559.62 | $149,055.69 | |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-23171JSB
Case Name: MICHAEL E. HOBBS
Trustee Name: Deborah Ebner

**Balance on hand:**    $             149,055.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 59,110.76 | 0.00 | 0.00 | 0.00 |
| 2 | Fifth Third Mortgage Company c/o Codilis & Associates, P.C. | 367,769.11 | 0.00 | 0.00 | 0.00 |
| 3S | FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd | 400,000.00 | 0.00 | 0.00 | 0.00 |
| 5 | City of Chicago Department of Finance Bureau of Utility Billing and Customer Service | 949.05 | 949.05 | 0.00 | 949.05 |
| 6 | City of Chicago Department of Finance Bureau of Utility Billing and Customer Service | 816.46 | 816.46 | 0.00 | 816.46 |

Total to be paid to secured creditors:    $      1,765.51
Remaining balance:                         $    147,290.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 10,713.70 | 0.00 | 10,713.70 |
| Trustee, Expenses - Deborah Ebner | 46.27 | 0.00 | 46.27 |
| Attorney for Trustee Fees - Law Office Of William J. Factor | 27,477.50 | 0.00 | 27,477.50 |
| Chapter 7 Operating Case Expenses - Illinois Dept. of Revenue | 204.00 | 204.00 | 0.00 |
| Attorney for Trustee, Expenses - Law Office Of William J. Factor | 140.27 | 0.00 | 140.27 |
| Accountant for Trustee Fees (Other Firm) - LOIS WEST | 1,428.00 | 0.00 | 1,428.00 |

Total to be paid for chapter 7 administrative expenses:    $     39,805.74
Remaining balance:                                         $    107,484.44

UST Form 101-7-TFR(5/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 107,484.44 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,168.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Department of Treasury-Internal Revenue Service | 3,921.61 | 0.00 | 3,921.61 |
| 8P | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO | 246.45 | 0.00 | 246.45 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 4,168.06 |
| Remaining balance: | $ 103,316.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $510,820.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd | 504,772.43 | 0.00 | 102,093.16 |
| 3U | FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd | 0.00 | 0.00 | 0.00 |
| 4U | Department of Treasury-Internal Revenue Service | 1,284.89 | 0.00 | 259.88 |
| 7 | Eilts & Associates, Inc | 4,734.67 | 0.00 | 957.61 |
| 8U | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO | 28.32 | 0.00 | 5.73 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 103,316.38 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**