**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| MICHAEL E. HOBBS, | ) | Case No. 15-23171 |
| Debtor. | ) | Honorable Janet S. Baer |

## AMENDED CERTIFICATE OF SERVICE

TO:   ALL ECF REGISTRANTS;
and by First Class Mail to:
Michael E. Hobbs, 1440 N Dayton, Chicago IL 60642
Lois West, Kutchins, Robbins & Diamond, 35 East Wacker Drive #1550, Chicago, IL
City of Chicago Department of Finance Bureau of Utility Billing and Customer Service
   POB 6330, Chicago IL, 60680-6330
Fifth Third Bank, POB 9013, Addison, TX, 75001
Fifth Third Mortgage Company c/o Codilis & Associates, PC, 15W030 North Frontage Rd,
   Suite 100, Burr Ridge IL, 60527
FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd, 180 N Stetson,
   Suite 1300, Chicago IL, 60601
Illinois Dept. of Revenue, P.O. Box 19053, Springfield, IL, 62794-9053
Department of Treasury-Internal Revenue Service, POB 7346, Philadelphia PA, 19101-7346
Eilts & Associates, Inc., 3729 N. Ravenswood, Suite 117, Chicago IL, 60613


I, Deborah K. Ebner, an attorney, state and certify that copies of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** set for hearing before the Honorable Janet S. Baer on **TUESDAY, OCTOBER 24, 2017**, at **10:00 a.m.**, in Room 615, of the Dirksen Federal Building, 219 S. Dearborn St, Chicago IL ,were caused to be mailed to the persons listed above by depositing same in a U.S. Post Office Box this 26th day of September 2017, unless notice issued electronically by the Clerk of the Court.

                                              /s/Deborah K. Ebner


Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview IL 60025
(312) 922-3838