**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:15-BK-23171-JSB |
| | § | |
| MICHAEL E. HOBBS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah K. Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,162,854.58 | Assets Exempt: | $100.00 |
| Total Distributions to Claimants: | $109,249.95 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $40,024.05 | | |

3)      Total gross receipts of $149,274.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $149,274.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $828,645.38 | $1,765.51 | $1,765.51 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $39,820.05 | $40,024.05 | $40,024.05 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $1,020,730.14 | $510,820.31 | $103,316.38 |
| **Total Disbursements** | $0.00 | $1,889,195.57 | $552,609.87 | $145,105.94 |

4). This case was originally filed under chapter 13 on 07/07/2015. The case was converted to one under Chapter 7 on 08/12/2015. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2017           By: /s/ Deborah K. Ebner
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Ebner v. Hobbs, et al | 1249-000 | $149,274.00 |
| **TOTAL GROSS RECEIPTS** | | **$149,274.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 4110-000 | $0.00 | $59,110.76 | $0.00 | $0.00 |
| 2 | Fifth Third Mortgage Company c/o Codilis & Associates, P.C. | 4110-000 | $0.00 | $367,769.11 | $0.00 | $0.00 |
| 3S | FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd | 4110-000 | $0.00 | $400,000.00 | $0.00 | $0.00 |
| 5 | City of Chicago Department of FinanceBureau of Utility Billing and Customer Service | 4110-000 | $0.00 | $949.05 | $949.05 | $949.05 |
| 6 | City of Chicago Department of FinanceBureau of Utility Billing and Customer Service | 4110-000 | $0.00 | $816.46 | $816.46 | $816.46 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$828,645.38** | **$1,765.51** | **$1,765.51** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah Ebner, Trustee | 2100-000 | NA | $10,713.70 | $10,713.70 | $10,713.70 |
| Deborah Ebner, Trustee | 2200-000 | NA | $46.27 | $46.27 | $46.27 |
| Rabobank, N.A. | 2600-000 | NA | $14.31 | $14.31 | $14.31 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Illinois Dept. of Revenue | 2690-000 | | NA | $0.00 | $204.00 | $204.00 |
| Law Office Of William J. Factor, Attorney for Trustee | 3110-000 | | NA | $27,477.50 | $27,477.50 | $27,477.50 |
| Law Office Of William J. Factor, Attorney for Trustee | 3120-000 | | NA | $140.27 | $140.27 | $140.27 |
| LOIS WEST, Accountant for Trustee | 3410-000 | | NA | $1,428.00 | $1,428.00 | $1,428.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $39,820.05 | $40,024.05 | $40,024.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | FirstMerit Bank, N.A.Gregory A McCormick Garfield & Merel Ltd | 7100-000 | $0.00 | $504,772.43 | $504,772.43 | $102,093.16 |
| 3U | FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd | 7100-000 | $0.00 | $509,909.83 | $0.00 | $0.00 |
| 4U | Department of Treasury-Internal Revenue Service | 7100-000 | $0.00 | $1,284.89 | $1,284.89 | $259.88 |
| 7 | Eilts & Associates, Inc | 7100-000 | $0.00 | $4,734.67 | $4,734.67 | $957.61 |
| 8U | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO | 7100-000 | $0.00 | $28.32 | $28.32 | $5.73 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,020,730.14 | $510,820.31 | $103,316.38 |

Case 15-23171    Doc 160    Filed 01/09/18    Entered 01/09/18 14:29:03    Desc Main
Document      Page 5 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    1        Exhibit 8

| Case No.: | 15-23171-JSB | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|
| Case Name: | MICHAEL E. HOBBS | | Date Filed (f) or Converted (c): | 08/12/2015 (c) |
| For the Period Ending: | 12/10/2017 | | §341(a) Meeting Date: | 09/24/2015 |
| | | | Claims Bar Date: | 02/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  vacant lot with encrochment 3004 N. Hoyne Avenue, Chicago, IL 60618 | $300,000.00 | $300,000.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 2  Two-flat apartment building 2835 N. Albany, Chicago, IL | $320,000.00 | $320,000.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 3  Three Unit Apartment Building 3008 N. Moyne, Chicago, IL | $450,000.00 | $450,000.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 4  938 N Waller, Chicago IL (two flat, owned by debtor in land trust. Debtor is the beneficiary. Cross listed on Schedule B) | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 5  3340 W. Chicago Ave, Chicago, IL (vacant lot Qwned by debtor in a land trust. Debtor is the beneficiary. Cross listed in Schedule B.) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 6  Northern Trust Checking Account #8377    (u) | $28.58 | $28.58 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 7  Cash | $30.00 | $30.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 8  Miscellaneous household furniture | $1,000.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 9  Miscellaneous books | $50.00 | $50.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 10  Ordinary miscellaneous clothing | $500.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 11  Camera equipment | $10.00 | $10.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 12  State Farm 30-year term Beneficiary wife | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |

Case 15-23171 Doc 160 Filed 01/09/18 Entered 01/09/18 14:29:03 Desc Main
Document Page 6 of 13

FORM 1

Page No: 2    Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 15-23171-JSB | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | MICHAEL E. HOBBS | Date Filed (f) or Converted (c): | 08/12/2015 (c) |
| For the Period Ending: | 12/10/2017 | §341(a) Meeting Date: | 09/24/2015 |
| | | Claims Bar Date: | 02/16/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | Assurance 30-year term Beneficiary wife | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 14 | Northern Trust 401(k) | $1,400.00 | $1,400.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 15 | Principal Life, EGP, 401K #714497 | $38,830.00 | $38,830.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 16 | Parthenon (Pantheon) LLC 113 interest | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 17 | Northern Trust stock; 64 shares | $4,900.00 | $4,900.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 18 | Pahroo Appraisal & Consultancy LLC | $0.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 19 | Cherry Picker Investments LLC (subject to ownership claim that could be asserted by Peter Georgiev and Bardan Azari) | $0.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 20 | Pahroo Management Inc. | $0.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 21 | Hobenaro Development, LLC | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 22 | LMLM LLC | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 23 | Hobbs Property LLC | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 24 | Hobbs Property IV LLC | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 25 | Hobbs Property III LLC | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 26 | Hobbs Properties LLC | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 27 | Hobbs Investment Property I LLC | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |

Case 15-23171   Doc 160   Filed 01/09/18   Entered 01/09/18 14:29:03   Desc Main
Document     Page 7 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3   Exhibit 8

| Case No.: | 15-23171-JSB | | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|---|
| Case Name: | MICHAEL E. HOBBS | | | Date Filed (f) or Converted (c): | 08/12/2015 (c) |
| For the Period Ending: | 12/10/2017 | | | §341(a) Meeting Date: | 09/24/2015 |
| | | | | Claims Bar Date: | 02/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28  Hobbs Investment Property II LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 29  Assign It, LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 30  3034 W Logan, LLC 50% owner | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 31  3040 W Diversey, LLC 50% owner | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 32  4335 N Francisco. LLC 50% owner | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 33  4100 N Wolcott, LLC 50% owner | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 34  Spicy Pepper, LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 35  1015 N. Washtenaw, LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 36  1340 Shubert, LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 37  1334-38 Schubert, LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 38  LMLM, II, LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 39  LMLM III, LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 40  Hobbs Investment Property LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |
| 41  Beneficiary of Land Trust Chicago Title Land Trust; No 8002348535. Land Trust owns 938 N Waller, Chicago IL 60651 (2 flat apartment building) and 3340 W. Chicago Ave, Chicago IL (vacant lot) | $39,900.00 | $39,900.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | |

Case 15-23171   Doc 160   Filed 01/09/18   Entered 01/09/18 14:29:03   Desc Main
Document   Page 8 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 4    Exhibit 8

| Case No.: | 15-23171-JSB | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|
| Case Name: | MICHAEL E. HOBBS | | Date Filed (f) or Converted (c): | 08/12/2015 (c) |
| For the Period Ending: | 12/10/2017 | | §341(a) Meeting Date: | 09/24/2015 |
| | | | Claims Bar Date: | 02/16/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 42 | Beneficiary of The Marian C. Hobbs Living Trust under a trust agreement dated May 30, 1997 as amended | $0.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 43 | Claim against former partners Peter Georgiev and Bardan Azari for breach of fiduciary duty. | $0.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 44 | 1999 Ford Explorer 185,000 miles | $2,400.00 | $2,400.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 45 | 2004 Toyota Camry 85,000 miles | $2,800.00 | $2,800.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 46 | Ebner v. Hobbs Sr. | $0.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 47 | Unquantified Interest in net sale proceeds of 2040 W Crystal Ave, Chicago, Illinois. (u) | $0.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 48 | Notre Dame Credit Union Checkinmg account #301215-000 (u) | $5.00 | $5.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 49 | Notre Dame Credit Union Share account #301215- 140 (u) | $1.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 50 | 1500 Class A Shares in PWAT, LLC (u) | $0.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 51 | 1 EE Savings bond - unable to locate it (u) | $0.00 | $1.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 52 | 1972 Oldsmobile Cutalss Supreme - does not run (u) | $1,000.00 | $1,000.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 53 | Misc Art (u) | $100.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** | | | | | |
| 54 | Ebner v. Hobbs, et al (u) | $0.00 | $0.00 | | $149,274.00 | FA |
| | **Asset Notes:** | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   5          Exhibit 8

| Case No.: | 15-23171-JSB | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | MICHAEL E. HOBBS | Date Filed (f) or Converted (c): | 08/12/2015 (c) |
| For the Period Ending: | 12/10/2017 | §341(a) Meeting Date: | 09/24/2015 |
| | | Claims Bar Date: | 02/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $1,162,954.58 | $1,162,863.58 | | $149,274.00 | $0.00 |

**Major Activities affecting case closing:**

August 25, 2017 - Per Bill at BMS. I (Trustee) initiated a BMS system request for a TIN. While that was in process, I sent an e-mail requesting the number. WhIle I was contacting BMS to find out what the number was, the system generated number of 30-6573274 came through and was reported to IRS. BMS gave me a new number of 30-6573348, however, (which was actually the second number) in response to my request for "the" number".  My account representative also sent an e-mail on my behalf requesting a number. 30-6573348, was the number posted in the system.

August 25, 2016 - Notice from IRS that TIN should be 30-6573274, NOT the 3348 that is in system and that was used for returns. Letter from Julie Garrison - Prompt Determination Coordinator (651) 361-1633 (phone) - (877) 931-7609

June 29, 2017 - Order entered approving settlement of all matters. Order entered waiving debtor discharge. Lois West now preparing tax return for case closure.

May 1, 2017 --- Global settlement discussion. It appears as if Debtor has agreed to waive his discharge; I am seeking input from creditors as to how much of a distribution they would need to give Debtor a release notwithstanding the discharge waiver.

May 2016 - Preference Demand issued. Discovery process ongoing.

| Initial Projected Date Of Final Report (TFR): | 07/15/2019 | Current Projected Date Of Final Report (TFR): | 12/01/2017 | /s/ DEBORAH K. EBNER |
|---|---|---|---|---|
| | | | | DEBORAH K. EBNER |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23171-JSB | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | MICHAEL E. HOBBS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3348 | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 7/7/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2017 |  | Rabobank, N.A. | Transfer Funds | 9999-000 | $149,055.69 |  | $149,055.69 |
| 10/27/2017 | 5001 | Deborah Ebner | Trustee Expenses | 2200-000 |  | $46.27 | $149,009.42 |
| 10/27/2017 | 5002 | Deborah Ebner | Trustee Compensation | 2100-000 |  | $10,713.70 | $138,295.72 |
| 10/27/2017 | 5003 | Law Office Of William J. Factor | Claim #: ; Amount Claimed: $27,477.50; Distribution Dividend: 100.00%; | 3110-000 |  | $27,477.50 | $110,818.22 |
| 10/27/2017 | 5004 | Law Office Of William J. Factor | Claim #: ; Amount Claimed: $140.27; Distribution Dividend: 100.00%; | 3120-000 |  | $140.27 | $110,677.95 |
| 10/27/2017 | 5005 | LOIS WEST | Claim #: ; Amount Claimed: $1,428.00; Distribution Dividend: 100.00%; | 3410-000 |  | $1,428.00 | $109,249.95 |
| 10/27/2017 | 5006 | FirstMerit Bank, N.A. Gregory A McCormick Garfield & Merel Ltd | Claim #: 3; Amount Claimed: $504,772.43; Distribution Dividend: 20.23%; | 7100-000 |  | $102,093.16 | $7,156.79 |
| 10/27/2017 | 5007 | Department of Treasury-Internal Revenue Service | Claim #: 4; Amount Claimed: $3,921.61; Distribution Dividend: 100.00%; | 5800-000 |  | $3,921.61 | $3,235.18 |
| 10/27/2017 | 5008 | Department of Treasury-Internal Revenue Service | Claim #: 4; Amount Claimed: $1,284.89; Distribution Dividend: 20.23%; | 7100-000 |  | $259.88 | $2,975.30 |
| 10/27/2017 | 5009 | City of Chicago Department of Finance Bureau of Utility Billing and Customer | Claim #: 5; Amount Claimed: $949.05; Distribution Dividend: 100.00%; | 4110-000 |  | $949.05 | $2,026.25 |
| 10/27/2017 | 5010 | City of Chicago Department of Finance Bureau of Utility Billing and Customer | Claim #: 6; Amount Claimed: $816.46; Distribution Dividend: 100.00%; | 4110-000 |  | $816.46 | $1,209.79 |
| 10/27/2017 | 5011 | Eilts & Associates, Inc | Claim #: 7; Amount Claimed: $4,734.67; Distribution Dividend: 20.23%; | 7100-000 |  | $957.61 | $252.18 |
| 10/27/2017 | 5012 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO | Claim #: 8; Amount Claimed: $246.45; Distribution Dividend: 100.00%; | 5800-000 |  | $246.45 | $5.73 |
| 10/27/2017 | 5013 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO | Claim #: 8; Amount Claimed: $28.32; Distribution Dividend: 20.23%; | 7100-000 |  | $5.73 | $0.00 |

**SUBTOTALS**    $149,055.69    $149,055.69

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23171-JSB | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | MICHAEL E. HOBBS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3348 | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/7/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $149,055.69 | $149,055.69 | $0.00 |
| | | | Less: Bank transfers/CDs | | $149,055.69 | $0.00 | |
| | | | Subtotal | | $0.00 | $149,055.69 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $149,055.69 | |

**For the period of 7/7/2015 to 12/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $149,055.69 |
| | |
| Total Compensable Disbursements: | $149,055.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $149,055.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/24/2017 to 12/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $149,055.69 |
| | |
| Total Compensable Disbursements: | $149,055.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $149,055.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23171-JSB | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | MICHAEL E. HOBBS | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***3348 | Checking Acct #: | ******6100 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 7/7/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/26/2017 | (54) | Law Office of William J. Factor, IOLTA Account | Full Settlement of all claims against Debtor and wife. check number 002347 | 1249-000 | $149,274.00 | | $149,274.00 |
| 07/28/2017 | 101 | Illinois Dept. of Revenue | 2017 Illinois Fiduciary Income Tax | 2690-000 | | $204.00 | $149,070.00 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $14.31 | $149,055.69 |
| 10/24/2017 | | Green Bank | Transfer Funds | 9999-000 | | $149,055.69 | $0.00 |
| | | | **TOTALS:** | | $149,274.00 | $149,274.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $149,055.69 | |
| | | | Subtotal | | $149,274.00 | $218.31 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $149,274.00 | $218.31 | |

| For the period of 7/7/2015 to 12/10/2017 | | For the entire history of the account between 07/10/2017 to 12/10/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $149,274.00 | Total Compensable Receipts: | $149,274.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $149,274.00 | Total Comp/Non Comp Receipts: | $149,274.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $218.31 | Total Compensable Disbursements: | $218.31 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $218.31 | Total Comp/Non Comp Disbursements: | $218.31 |
| Total Internal/Transfer Disbursements: | $149,055.69 | Total Internal/Transfer Disbursements: | $149,055.69 |

**FORM 2**
Page No: 4       Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 15-23171-JSB | | **Trustee Name:** | Deborah K. Ebner |
| **Case Name:** | MICHAEL E. HOBBS | | **Bank Name:** | Rabobank, N.A. |
| **Primary Taxpayer ID #:** | **-***3348 | | **Checking Acct #:** | ******6100 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking |
| **For Period Beginning:** | 7/7/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/10/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $149,274.00 | $149,274.00 | $0.00 |

**For the period of 7/7/2015 to 12/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $149,274.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $149,274.00 |
| Total Internal/Transfer Receipts: | $149,055.69 |
| | |
| Total Compensable Disbursements: | $149,274.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $149,274.00 |
| Total Internal/Transfer Disbursements: | $149,055.69 |

**For the entire history of the case between 08/12/2015 to 12/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $149,274.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $149,274.00 |
| Total Internal/Transfer Receipts: | $149,055.69 |
| | |
| Total Compensable Disbursements: | $149,274.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $149,274.00 |
| Total Internal/Transfer Disbursements: | $149,055.69 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER